# Third District Court of Appeal

## State of Florida

Opinion filed March 2, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1473
Lower Tribunal No. 17-3113

————————

**Jennifer Alec Tolston,**
Appellant,

vs.

**Alex Tolston,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Maria Elena Verde, Judge.

Jennifer Tolston, in proper person.

Crabtree & Auslander, John G. Crabtree, Charles M. Auslander and Brian C. Tackenberg, for appellee.

Before FERNANDEZ, C.J., and GORDO, and LOBREE, JJ.

PER CURIAM.

Affirmed.